**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  | : |
| --- | --- |
| In re: | : |
| Martha A. Akers, | : |
|      Debtor, | : |
|  | : |
|  | : |
| MARTHA A. AKERS, | : |
|  | : |
|      Appellant, | : |
|  | : |
| v. | :     Civil Action No. 12-1853 (JEB) |
|  | : |
| BEAL BANK, *et al.*, | : |
|  | : |
|      Appellees. | : |

_____ :

## MEMORANDUM OPINION

On January 7, 2013, this Court issued a Minute Order noting Appellant's failure to pay either the $298.00 fee for the filing of her Notice of Appeal in the Bankruptcy Court or the $350.00 filing fee for this civil action. The Court, accordingly, ordered Appellant either to pay those fees or to apply for leave to proceed without prepayment of fees. *See* Minute Order of Jan. 7, 2013. Instead, on January 22, 2013, Appellant filed a pleading entitled Motion to Stay Pending Petition for Writ of Certiorari, which is, like many of her pleadings, largely incomprehensible. She adverts to her "hardship" and an inability to "prepay the costs," but also veers into *non sequiturs* about "malicious prosecution," the "personal bias or prejudice" of the Bankruptcy Court, and a connection between a demand for a jury trial and a "litigation tactic." *Id.* at 1-2.

Appellant is a prolific filer in this and other courts and knows full well what an application to proceed without prepayment of fees (or *in forma pauperis* petition) is, as she has

filed the same in other cases, as recently as last month. *See In re: Akers*, No. 12-1137, ECF No. 6 (IFP Application). Perhaps because that one was denied by this Court, *see* ECF No. 7, she is hesitant to file one here.

In any event, as she has neither paid the fees nor articulated any basis for granting the relief she requests, her motion will be denied and this appeal dismissed. An Order accompanies this Memorandum Opinion.


DATE: January 25, 2013             JAMES E. BOASBERG
                                     United States District Judge